IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES BRACKEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-00129 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MAURY COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The initial case management conference is reset in this action for **Friday, December 14, 2012 at 3:00 p.m. in Columbia, Tennessee.**

It is so **ORDERED**.

ENTERED this the 23rd day of October, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge