IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| JAMES BRACKEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:12-0129 |
| | ) | Chief Judge Haynes |
| MAURY COUNTY, TENNESSEE, et al., | ) | |
| Defendants. | ) | |

## ORDER

The initial case management conference in this action is **re-set for Wednesday, December 19, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 28th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court