IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES BRACKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 1:12-0129 |
| | ) | |
| MAURY COUNTY, TENNESSEE, | ) | Chief Judge Haynes |
| JIM BAILEY, TOMMY WOLAVER, | ) | |
| JOHN GOODLOE, AND RICKY SIMS, | ) | |
| OFFICIALLY AND INDIVIDUALLY, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR ENTRY OF ORDER OF DISMISSAL**

The Parties James Bracken and Defendants Maury County, Tennessee, and Jim Bailey, Tommy Wolaver, John Goodloe, and Ricky Sims ("Defendants"), move for entry of an order of dismissal after having settled the claims and having agreed to entry of Order of Dismissal with prejudice;

IT IS on this 12TH day of March, 2014;

**ORDERED** that the above action be and hereby is dismissed with prejudice, without right of appeal each party bearing their own costs and fees.

**SO ORDERED.**

_____
U.S. District Court Judge William J. Haynes, Jr.

1